(130 So. 316)

## Henry BREWER v. STATE.

### 8 Div. 199.

Supreme Court of Alabama.

June 26, 1930.

Rehearing Denied Oct. 30, 1930.

William Stell, of Russellville, and O. P. Almon, of Florence, for petitioner.

Charlie C. McCall, Atty. Gen., for the State.

SAYRE, J.

Petition of Henry Brewer for certiorari to Court of Appeals to review and revise the judgment and decision of that court in Brewer v. State, 130 So. 315.

Writ denied.

All the Justices concur.